IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3032 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ADELFO JUNIOR SOTO, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion for leave to file under seal (filing 72) and unopposed motion to continue sentencing (filing 73) are granted.

(2) Defendant Soto's sentencing is continued to Wednesday, December 7, 2011, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated September 20, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge