IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:11CR3032 |
| IVAN BRIAN BROOKS, | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on Brooks' Request to File A Restricted Motion, filing 79. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file Brooks' Variance Brief restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

DATED this 31st day of October, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge