IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CR3032 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| IVAN BRIAN BROOKS, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant Ivan Brooks' Unopposed Motion to Continue Sentencing Hearing (filing no. 86), presently set for November 16, 2011, for a period of at least sixty (60) days. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Brooks' sentencing hearing, presently scheduled for November 16, 2011, shall be continued to Wednesday, February 1, 2012, at 1:00 p.m.

DATED this 14th day of November, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge