IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3032 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ADELFO JUNIOR SOTO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The plaintiff's unopposed motion to continue sentencing (filing 101) is granted.

(2) Defendant Soto's one-hour evidentiary hearing and sentencing are continued to Thursday, March 22, 2012, at 12:00-1:00 p.m., before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated February 27, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge