IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:11CR3032 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| IVAN BRIAN BROOKS, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue date of surrender to the Bureau of Prisons (filing 130) is granted.

(2) The defendant's commitment date to the Federal Bureau of Prisons is hereby continued to July 30, 2012, at or before 2:00 p.m. No more continuances of the defendant's self-surrender date will be granted.

(3) Copies of this memorandum and order shall be provided to counsel of record, the Probation Office, and the United States Marshal. The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

(4) If the Bureau of Prisons selects a different self-surrender date than the one ordered in paragraph 2 above, the Bureau of Prisons shall not select a date any earlier than July 30, 2012. And, the United States Marshals Service shall notify the defendant, counsel of record, and the Probation Office of the new date selected by the Bureau of Prisons.

Dated May 14, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge